# Court of Appeals
# of the State of Georgia

ATLANTA, May 01, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1570. NAVADO JONES v. MARK BUTLER, AS COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR.

In this direct appeal, Navado Jones seeks review of the superior court's order reviewing the decision of the Georgia Department of Labor to deny his claim for unemployment benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Jones failed to follow the proper appellate procedure, his appeal is hereby DISMISSED for lack of jurisdiction. See *Dunlap*, 272 Ga. at 524.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 05/01/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*